JUAN CHEMELLO, Appellant, *v.* EMANUEL ENDLICH et al.,
Respondents.

(Submitted January 7, 1924; decided January 15, 1924.)

MOTION to amend remittitur. (See 236 N. Y. 653.)

*Per Curiam.* Our decision affirming the order of the
Appellate Division " with costs " carries with it one bill
of costs only which includes, however, the taxable dis-
bursements of both respondents.

---

THE CLEVELAND CLIFFS IRON COMPANY, Respondent, *v.*
OTTO KEUSCH et al., Defendants, and WILLIAMSON
FORWARDING COMPANY, INC., Appellant.

(Submitted January 7, 1924; decided January 15, 1924.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 237 N. Y.
533.)

---

In the Matter of the Arbitration between MICHAEL J.
PRIORE, Appellant, and ARTHUR F. SCHERMERHORN,
Respondent.

(Submitted January 7, 1924; decided January 15, 1924.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 237 N. Y.
16.)